1  REGINALD D. STEER (SBN 056324)
   E-mail: rsteer@akingump.com
2  STEVEN S. KAUFHOLD (SBN 157195)
   E-mail: skaufhold@akingump.com
3  AMIT KURLEKAR (SBN 244230)
   E-mail: akurlekar@akingump.com
4  TERESA WANG (SBN 252961)
   E-mail: twang@akingump.com
5  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   580 California Street, 15th Floor
6  San Francisco, California 94104-1036
   Telephone:     415-765-9500
7  Facsimile:     415-765-9501

8  Attorneys for Defendants
   AIG FINANCIAL PRODUCTS CORP. and
9  AIG SUNAMERICA LIFE ASSURANCE COMPANY

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12 | COUNTY OF SAN MATEO, | Case No. CV 08-04751 MMC |
13 | Plaintiff, | |
14 | v. | **STIPULATION AND [PROPOSED] ORDER FOR DEFENDANTS AIG FINANCIAL PRODUCTS CORP. AND AIG SUNAMERICA LIFE ASSURANCE COMPANY'S LEAVE TO FILE SUR-REPLY TO PLAINTIFF COUNTY OF SAN MATEO'S MOTION TO REMAND** |
15 | | |
16 | BANK OF AMERICA, N.A., et al. | |
17 | Defendants. | AND ORDER CONTINUING HEARING |

19     Pursuant to Civil Local Rules 7-3(d) and 7-12, this stipulation is entered into by and between
20 plaintiff COUNTY OF SAN MATEO (the "County") and defendants AIG FINANCIAL PRODUCTS
21 CORP. and AIG SUNAMERICA LIFE ASSURANCE COMPANY (the "AIG Defendants") through
22 their respective counsel of record, based upon the following:
23     WHEREAS, the County filed its motion to remand on October 27, 2008;
24     WHEREAS, on November 7, 2008, the County dismissed five defendants from the action—
25 UBS AG, Société Générale, S.A., Rabobank Group, Natixis, S.A., and Westminster National Bank,
26 p.l.c.;
27     WHEREAS, the AIG Defendants filed their opposition to the County's motion to remand on
28 November 14, 2008, and the County filed its reply to this opposition on November 21, 2008;

1  WHEREAS, in the County's reply, the County stated its intent to file an amended complaint
2  that it suggested would account for the concerns expressed in the Court's November 21, 2008 Order
3  Denying Plaintiff's Motion for Discretionary Remand in *City of Stockton v. Bank of America, N.A., et*
4  *al.*, No. CV-08-4060 MMC;

5  WHEREAS, on Monday evening, November 24, 2008, the County filed that amended
6  complaint;

7  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the
8  parties, and the parties jointly move:

9  That the Court grant the AIG Defendants leave to file a sur-reply no more than ten (10) pages in
10  length to the County's motion to remand no later than December 3, 2008.

12 IT IS SO STIPULATED.

13 Dated:  November 26, 2008            **AKIN GUMP STRAUSS HAUER & FELD LLP**

15                                                                  By_____/s/_____
                                                                                Reginald D. Steer

16                                                                  Attorneys for Defendants
17                                                                  AIG FINANCIAL PRODUCTS CORP. and
                                                                    AIG SUNAMERICA LIFE ASSURANCE
                                                                    COMPANY

19 Dated:  November 26, 2008            **COTCHETT, PITRE, & MCCARTHY**

21                                                                  By_____/s/_____
                                                                                Nanci E. Nishimura

22                                                                  Attorneys for Plaintiff
                                                                    COUNTY OF SAN MATEO

25 PURSUANT TO STIPULATION, IT IS SO ORDERED. Further, the hearing is CONTINUED from
   December 5, 2008 to December 12, 2008.
26 Dated:  November 26, 2008            _____
                                                                    Hon. Maxine M. Chesney

2
STIPULATION AND [PROPOSED] ORDER RE DEFENDANTS SUR-REPLY       Case No. CV 08 04751 MMC
TO PLAINTIFF'S MOTION TO REMAND